[Civ. No. 3367. Third Appellate District.—November 18, 1927.]

C. FRED HARLOW, Appellant, v. FEDERAL INSUR-
ANCE COMPANY OF NEW JERSEY (a Corpora-
tion), Respondent.

Milton M. Cohen for Appellant.

W. W. Hindman for Respondent.

THE COURT.—The facts of this case are in all respects,
except as to the names of the defendants, identical with
those in *Harlow* v. *American Equitable Assur. Co., ante,*
p. 28 [261 Pac. 499]. On the grounds stated in the
opinion in that case, the judgment herein is affirmed.

A petition for a rehearing of this cause was denied by
the district court of appeal on December 17, 1927, and a
petition by appellant to have the cause heard in the su-
preme court, after judgment in the district court of appeal,
was denied by the supreme court on January 16, 1928.

All the Justices concurred.